FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 15 2016 ★
BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARKEY SIMMONS and HOWARD LESLIE, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>FERVENT ELECTRICAL CORP., R & A RENOVATIONS CORP., RUCKLIN DRUMMOND and ROMAN KUCZYNSKI, Jointly and Severally,<br><br>Defendants. | No. 14 Civ. 1804 (ARR)(MDG)<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned respective counsel, that the claims of plaintiffs Howard Leslie, Thomas Davis and John Parker III in the above-captioned action are voluntarily dismissed, with prejudice, against Defendants R & A Renovations Corp. and Roman Kuczynski, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Facsimile and pdf signatures herein shall have the same force and effect as originals.

Dated: August 1, 2016

PELTON GRAHAM LLC
*Attorneys for Plaintiffs*

By: _____
Brent E. Pelton, Esq.
111 Broadway, Suite 1503
New York, New York 10006
(212) 385-9700

KING & KING, LLP
*Attorneys for Defendants R & A Renovations Corp. and Roman Kuczynski*

By: _____
Peter M. Kutil, Esq.
Sanborn Map Building
629 Fifth Avenue
Pelham, NY 10803
(914) 380-5970

Granted. So ordered.

/s/(ARR)
USDJ